

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
\*   MAY 15, 2023   \*
BROOKLYN OFFICE

23-CR-214
Judge Eric N. Vitaliano

March 16, 2023

**MEMORANDUM
TO BRENNA MAHONEY
CLERK OF THE COURT
U.S. DISTRICT COURT**

        Re: Dekattu, Akanilli
        DKT.#: 1: S1 17CR118
                1: S2 17CR118
        (Southern District of New York)
        <u>REQUEST FOR JUDICIAL
        ASSIGNMENT</u>

Reference is made to Akanilli Dekattu (Dekattu) who was sentenced on January 30, 2018, in the Southern District of New York by the Honorable Katherine Polk Failla, U.S. District Judge, having pled guilty to two (2) counts of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349, a Class B felony; and Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1), a Class E felony. Dekattu was sentenced to eighteen (18) months' imprisonment on Count One of Docket Number S2 17CR118, Conspiracy to Commit Bank Fraud, to run concurrently with eighteen (18) months' imprisonment on Count One of Docket Number S1 17CR118, Conspiracy to Commit Bank Fraud, to run consecutively with twenty-four (24) months' imprisonment on Count Two of Docket Number S2 17CR118, Aggravated Identity Theft, for a total term of forty-two (42) months' imprisonment followed by five (5) years' supervised release with the following special conditions: 1) Cognitive behavioral treatment program; 2) Search; 3) Financial disclosure; 4) No new credit lines; and 5) Supervised in district of residence. A $300.00 special assessment fee and restitution in the amount of $4,166.62 were also imposed. On March 23, 2021, Dekattu was sentenced on a Violation of Supervised Release after admitting guilt to Unauthorized Travel and New Criminal Conduct: Reckless Endangerment. He was sentenced to eighteen (18) months' imprisonment followed by eighteen (18) months' supervised release with the following special conditions: 1) Cognitive behavioral treatment program; 2) Substance abuse treatment program; 3) Search; 4) Financial disclosure; 5) No new credit lines; and 6) Supervised in district of residence.

Dekattu's current term of supervision commenced in the Eastern District of New York (EDNY) on April 14, 2022, due to his residence therein.

Due to Dekattu's ties with the EDNY, on March 20, 2023, Judge Katherine Polk Failla signed an order initiating a transfer of jurisdiction to the EDNY. As per 18 U.S.C. § 3605, our office is requesting transfer of jurisdiction, and we respectfully request that the Southern District of New York case (1: S1 17CR118 and 1: S2 17CR118) be docketed in EDNY and assigned to a U.S. District Judge.

Attached, please find a copy of Probation Form 22, Transfer of Jurisdiction, signed by Judge Failla.

Respectfully Submitted:


Robert L. Capers
Chief U.S. Probation Officer


Prepared by: _____  
Joshua Mack  
Digitally signed by Joshua Mack  
Date: 2023.03.23 16:02:17 -04'00'  

Joshua Mack
U.S. Probation Officer

Approved by: _____  
Christina Bourque  
Digitally signed by Christina Bourque  
Date: 2023.03.23 13:59:18 -04'00'  

Christina Bourque
Supervisory U.S. Probation Officer